JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEATON TSAI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>24 HOUR FITNESS USA, INC., and DOES 1-100,<br><br>Defendants. | Case No.   2:14-cv-04503-PA-SH<br><br>**ORDER DISMISSING THE ENTIRE ACTION PURSUANT TO FRCP 41(A)**<br><br>Hon. Percy Anderson<br><br>Date Action Filed: June 11, 2014 |

ORDER DISMISSING THE ENTIRE ACTION
Case No. 2:14-cv-04503-PA-SH
sf-3486800

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS HEREBY ORDERED that pursuant to the Joint Stipulation of the |
| 3 | parties: |
| 4 | The claims alleged on behalf of Plaintiff as an individual are DISMISSED |
| 5 | WITH PREJUDICE. The claims alleged on behalf of any putative class members |
| 6 | are DISMISSED WITHOUT PREJUDICE. Each party shall bear its own costs and |
| 7 | attorneys' fees. |
| 8 | **IT IS SO ORDERED.** |
| 9 | Dated this 19th day of December, 2014 |

*[signature]*

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE